# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD STEPHENS, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 4:13-CV-1644-JAR |
| v. | ) ) | |
| MIKE SMITH, | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion for Protective Order and Extension of Discovery Deadline. (Doc. No. 9) The motion arises from efforts to schedule and complete depositions of the parties within the August 1, 2014 discovery deadline. The motion is fully briefed and ready for disposition.

Defendant states he is available for deposition on any Thursday after July 31, 2014, and proposes the discovery deadline be extended until August 17, 2014. In addition, Defendant moves this Court for a protective order from a deposition notice for July 1, 2014 served by Plaintiff. Plaintiff requests the Court order Defendant to submit to a deposition on Thursday, August 9, 2014, and that the discovery deadline be extended until Friday, August 28, 2014, to allow him to conduct discovery based on any information discovered during Defendant's deposition. Upon consideration, Defendant's motion will be granted in part and denied in part.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Protective Order and Extension of Discovery Deadline [9] is **GRANTED** in part.

**IT IS FURTHER ORDERED** that the deadline for completion of <u>all</u> discovery is extended from August 1, 2014 to **August 28, 2014**. Except as amended herein, the Case Management Order issued November 8, 2013 (Doc. No. 6) will remain unchanged. The Court declines to order the Defendant to submit for a deposition on any particular date and expects that counsel will cooperate with each other to complete the remaining depositions in a timely manner.

**IT IS FURTHER ORDERED** that Defendant's motion for protective order is **DENIED** as moot.

Dated this 2nd day of July, 2014.

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**